# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00259-CR

**Scott Allen Chatagnier, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 427TH JUDICIAL DISTRICT
### NO. D-1-DC-12-205190, THE HONORABLE JIM CORONADO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Scott Allen Chatagnier seeks to appeal from a judgment of conviction for aggravated assault with a deadly weapon. *See* Tex. Penal Code § 22.02(a)(2). The trial court has certified that: (1) this is a plea-bargain case and Chatagnier has no right of appeal, and (2) Chatagnier waived the right of appeal. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed for Want of Jurisdiction

Filed: May 22, 2013

Do Not Publish